DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | | |
|---|---|---|
| MEKUS SAMUEL, | ) | |
| | ) | |
| Plaintiff, | ) | 1:13 -CV-31 |
| v. | ) | |
| | ) | |
| NORTH WEST COMPANY (INTERNATIONAL), INC., d/b/a COST-U-LESS, INC. and successor to COST- U-LESS, INC., | ) ) ) ) | |
| Defendant | ) ) | |

**AMENDED SCHEDULING ORDER**

THIS MATTER is before the Court on Joint Motion for Extension of Discovery Deadlines {41]. The Court has found good cause for the requested extension of time pursuant to Fed. R. Civ. P. 16(b)(4) and it is;

**ORDERED** that the Plaintiff's motion is GRANTED and the parties shall adhere to the following Amended Scheduling Order:

1. All factual discovery, including written discovery and fact witness depositions, shall be completed by **August 29, 2014**.

1. Mediation will take place before **September 30, 2014** and will be conducted pursuant to Local Rule of Civil Procedure 3.2(c)(1).

2. The Plaintiff's experts shall be named and copies of their opinions as provided in Fed. R. Civ. P. 26(a)(2) **by September 30, 2014.**

3. The Defendants' experts shall be named and copies of their opinions as provided in Fed. R. Civ. P. 26(a)(2)  by **October 31, 2014** .  The parties shall cooperate in scheduling any requested independent medical examination(s) of the Plaintiff by that date).

4. All experts' depositions, as provided in Fed. R. Civ. P. 26(a)(2), shall be completed by **November 28, 2014**

5. A status conference will be held on **October 1, 2014 at 11:00 A.M**. in Magistrate's Chambers.

6. No rebuttal reports are allowed without leave of the Court.

7. All other deadlines in the Order of Chief Judge Lewis dated September 16, 2013, docket [21] will remain in full force and effect.

ENTER:

Dated: April 29, 2014                     /s/ George W. Cannon, Jr.
                                          U.S. MAGISTRATE JUDGE