IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

MEKUS SAMUEL, )
 )
               Plaintiff, )   CIVIL NO. 2013-CV-0031
 )
v. )
 )
NORTH WEST COMPANY (INTERNATIONAL) )
INC., d/b/a COST-U-LESS, INC., and )
SUCCESSOR TO COST-U-LESS, INC., )
 )
               Defendants. )
 )

## MEDIATION REPORT

Pursuant to the Court Order for Mediation, a mediation conference was held on the 20th day of March 2015.

The following were present:

- [✓] 1. All Plaintiffs.
- [✓] 2. Plaintiff's trial counsel.
- [ ] 3. If Plaintiff is not an individual, the representative who appeared had total authority.
- [ ] 4. All Defendants.
- [✓] 5. Defendant's trial counsel.
- [✓] 6. If Defendant is not an individual, the representative who appeared had total authority.

The result of the mediation conference is as follows:

- [✓] The conflict has been completely resolved. The parties are submitting a Stipulation Agreement and/or Notice of Dismissal.

- [ ] The conflict has been partially resolved. The parties are submitting a stipulation for the Court's approval. Some issues still require Court resolution:

- [ ] The parties have reached a total impasse, all issues require Court action.

**Mediation Report**
**Page Two**
Mekus Samuel v. North West Company (International), Inc. d/b/a Cost-U-Less, Inc. and Successor to Cost-U-Less, Inc.
Civil No. 2013-CV-0031

_____    The matter has been recessed for further mediation.

_____    Other:

DATE: 3/20/15
AMERICAN MEDIATION INSTITUTE

David E. Nichols, Esq.
Mediator
1000 Blackbeard's Hill
St. Thomas, VI  00802
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

Distribution:
Lee J. Rohn, Esq.
Linda Blair, Esq.