DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| MEKUS SAMUEL,<br><br>                Plaintiff,<br>v.<br><br>NORTH WEST COMPANY (INTERNATIONAL), INC., d/b/a COST-U-LESS, INC. and successor to COST- U-LESS,  INC.,<br>                Defendant | 1:13 -CV-31 |

## ORDER

Upon filing of the Mediation Report [D.E. 97] dated March 23, 2015 indicating that this case was settled, it is;

**ORDERED** that the parties shall have thirty (30) days to file a stipulation of dismissal.

ENTER:

Dated: March 23, 2015

/s/ George W. Cannon, Jr.
U.S. MAGISTRATE JUDGE