DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| **MEKUS SAMUEL,** )<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**NORTH WEST COMPANY** )<br>**(INTERNATIONAL), INC. d/b/a COST-U-LESS,** )<br>**INC. AND SUCCESSOR TO COST-U-LESS, INC.,** )<br>)<br>**Defendant.** )<br>_____ ) | **Civil Action No. 2013-0031** |

**Attorneys:**
**Lee J. Rohn, Esq.,**
**Mary Faith Carpenter, Esq.,**
St. Croix, U.S.V.I.
  *For the Plaintiff*

**Linda J. Blair, Esq.,**
St. Croix, U.S.V.I.
  *For the Defendant*

## ORDER

THIS MATTER comes before the Court on the "Notice of Settlement of Case," which was filed by Plaintiff on April 8, 2015. (Dkt. No. 99). In the Notice, Plaintiff has advised the Court that this case was successfully mediated and settled on March 20, 2015.

**UPON CONSIDERATION** of the foregoing, it is hereby

**ORDERED** that the parties shall have up to and including **April 20, 2015** within which to file a Stipulation of Dismissal pursuant to FED. R. CIV. P. 41(a)(1)(ii).

**SO ORDERED**.

Date:  April 9, 2015

_____/s/_____
WILMA A. LEWIS
Chief Judge