## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| MEKUS SAMUEL,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>NORTH WEST COMPANY (INTERNATIONAL), INC. d/b/a COST-U-LESS, INC. AND SUCCESSOR TO COST-U-LESS, INC.,<br><br>　　　　Defendant(s). | Civil No. 2013-CV-0031<br><br>JURY TRIAL DEMANDED |

## NOTICE OF NO OBJECTION TO DEFENDANT'S MOTION
## TO PLACE DOCUMENT UNDER SEAL

**COMES NOW**, Plaintiff by and through the undersigned counsel, and files a Notice of No Objection to Defendant's Motion to Place a Document Under Seal, Doc. No. 101, filed on April 21, 2015.

RESPECTFULLY SUBMITTED,

LEE J. ROHN AND ASSOCIATES, LLC
Attorneys for Plaintiff(s)

DATED:  April 27, 2015    BY:   s/ *Lee J. Rohn*
　　　　　　　　　　　　　　　Lee J. Rohn
　　　　　　　　　　　　　　　VI Bar No. 52
　　　　　　　　　　　　　　　1101 King Street
　　　　　　　　　　　　　　　Christiansted, St. Croix
　　　　　　　　　　　　　　　U.S. Virgin Islands 00820
　　　　　　　　　　　　　　　Telephone: (340) 778-8855
　　　　　　　　　　　　　　　Email: lee@rohnlaw.com

**LEE J. ROHN AND ASSOCIATES, LLC**
1101 King Street
Christiansted
VI 00820-4933
Tel:  340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

Samuel, Mekus v. Cost-U-Less, Inc
**NOTICE OF NO OBJECTION TO DEFENDANT'S MOTION TO PLACE DOCUMENT UNDER SEAL**
Page 2

## CERTIFICATE OF SERVICE

**THIS IS TO CERTIFY** that on April 27, 2015, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Linda J. Blair, Esquire
Bryant Barnes Blair & Benoit, LLP
1134 King Street, 2nd Floor
Christiansted, VI  00820
Email Address: lblair@bryantbarnes.com
    Attorney For: COST U LESS, Inc

BY:   s/ *Lee J. Rohn*    (mtc)