IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| MEKUS SAMUEL,<br><br>                    Plaintiff,<br>v.<br><br>NORTH WEST COMPANY (INTERNATIONAL), INC. d/b/a COST US LESS, INC. AND SUCCESSOR TO COST U LESS, INC.<br><br>                    Defendants. | Civil No. 13-CV-0031<br><br>ACTION FOR DAMAGES<br><br><u>JURY TRIAL DEMANDED</u> |

### O R D E R

**THIS MATTER** is before the Court on the Defendant, North West Company (International)'s Motion to Place Document Underseal and the Court being advised in the premises, it is hereby;

**ORDERED** that the motion is **GRANTED**; and further;

**ORDERED** that the Court will place Plaintiff's Exhibit 4 (Doc. # 89-4), to Plaintiff's Opposition to Motion to Exclude Testimony of Plaintiff's Economic Expert, Dr. Richard Moore (Doc. # 89) under seal.

SO ORDERED this 27th day of April, 2015.

_____
Hon. George W. Cannon, Jr.
Magistrate Judge
District Court of the Virgin Islands