## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

### DIVISION OF ST CROIX

| | |
|---|---|
| MEKUS SAMUEL, <br><br>                       **Plaintiff,** <br><br>       v. <br><br> NORTH WEST COMPANY (INTERNATIONAL), INC. d/b/a COST-U-LESS, INC. AND SUCCESSOR TO COST-U-LESS, INC. <br><br>                  **Defendant(s).** | Civil No. Civil No. 13-CV-0031 <br><br> <u>**JURY TRIAL DEMANDED**</u> <br><br> **ACTION FOR DAMAGES** <br><br> **JURY TRIAL DEMANDED** |

### <u>STIPULATION FOR DISMISSAL</u>

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their undersigned counsel, that this matter be dismissed **WITH PREJUDICE,** each party to bear their own costs and fees for the reason that the parties have amicably resolved their differences by way of settlement.

Dated: _4/13_ , 2015

                                   **Lee J. Rohn, Esquire**
                                   Lee J. Rohn & Associates, L.L.C.
                                   1101 King Street
                                   Christiansted, St. Croix VI 00820
                                   Attorney for Plaintiff

Dated: _4/28_ , 2015

                                   **Linda J. Blair, Esquire**
                                   Bryant Barnes & Blair, L.L.P.
                                   1134 King Street, 2nd Floor
                                   Christiansted, St. Croix VI 00820
                                   Attorney for The North West Company
                                   (Interntaional), L.L.C.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 28, 2015, I electronically filed the foregoing STIPULATION FOR DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Lee J. Rohn, Esq.
Rohn & Associates, LLC
1101 King Street
Christiansted, VI 00820

/s/    Linda J. Blair